UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 07-CV-12335-DPW

**TRUE RELIGION APPAREL, INC.**
and
**GURU DENIM, INC.**
Plaintiffs

vs.

**TRUE APPAREL COMPANY**
Defendant

## MOTION OF TRUE APPAREL COMPANY IN LIMINE
## TO EXCLUDE THE PROPOSED EXPERT TESTIMONY OF PAUL DUNAY

Now comes the defendant True Apparel Company and respectfully moves this Honorable Court to exclude the proposed expert opinions and testimony of Paul Dunay.

A Memorandum and Affidavit in support hereof are filed herewith.

TRUE APPAREL COMPANY

By its Attorney:

/s/ Robert S. Wolfe

Robert S. Wolfe, Esq.
Robert Wolfe Associates, P.C.
7 Kimball Lane, Building B
Lynnfield, Ma. 01940
BBO #532500
(781) 246-4545 Tel.

RWAssociates@Prodigy.net

Dated: February 2, 2009

1

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 2, 2009.

                                          /s/ Robert S. Wolfe

                                          Robert S. Wolfe, Esq.