UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS
CIVIL ACTION
NO. 07-CV-12335-DPW

**TRUE RELIGION APPAREL, INC.**
and
**GURU DENIM, INC.**
Plaintiffs

vs.

**TRUE APPAREL COMPANY**
Defendant

**MOTION OF TRUE APPAREL COMPANY IN LIMINE
TO EXCLUDE THE PROPOSED EXPERT TESTIMONY OF PHILIP GREEN**

Now comes the defendant True Apparel Company and respectfully moves this Honorable Court to exclude the proposed expert opinions and testimony of Philip Green.

A Memorandum and Affidavit in support hereof are filed herewith.

TRUE APPAREL COMPANY

By its Attorney:

/s/ Robert S. Wolfe

Robert S. Wolfe, Esq.
Robert Wolfe Associates, P.C.
7 Kimball Lane, Building B
Lynnfield, Ma. 01940
BBO #532500
(781) 246-4545 Tel.

RWAssociates@Prodigy.net

Dated:  February 16, 2009

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 16, 2009.

                                      /s/ Robert S. Wolfe

                                      Robert S. Wolfe, Esq.