UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
-------------------------------------------------------X
TRUE RELIGION APPAREL, INC. and       )
GURU DENIM, INC.,                     )
        Plaintiff,                    )      Civil Action No. 07-12335-DPW
                                      )
v.                                    )      ORDER AND JUDGMENT
                                      )      ON CONSENT
TRUE APPAREL COMPANY,                 )
        Defendants.                   )
-------------------------------------------------------X
```

The plaintiffs, True Religion Apparel, Inc. and Guru Denim, Inc. (collectively "True Religion"), and the defendant, True Apparel Company ("True Apparel"), having agreed to the entry of this Order and Judgment on Consent,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. This Court has jurisdiction over the defendant, True Apparel, and over the subject matter at issue.

2. The plaintiffs, True Religion, have valid and subsisting trademark rights in the trademarks TRUE RELIGION BRAND JEANS stylized (Reg. No. 2,761,793), TRUE RELIGION BRAND JEANS WORLD TOUR FASHION FOR THE SENSES SECTION ROW SEAT and Design (Reg. No. 2,917,187), TRUE RELIGION BRAND JEANS Circle logo (Reg. No. 3,282,490), TRUE RELIGION (Reg. No. 3,162,614), and TRUE RELIGION BRAND JEANS (Reg. No. 3,120,797), and the service marks TRUE RELIGION BRAND JEANS (Reg. No. 3,120,798) and TRUE RELIGION (Reg. No. 3,162,615) (collectively "True Religion Marks").

3. The plaintiffs, True Religion, have valid and subsisting trade name rights in the names True Religion Apparel, Inc. and True Religion Brand Jeans.

4.      Use of the terms TRUE JEANS and TRUE APPAREL as marks, trade names, web addresses, or as part of corporate names infringe and dilute the True Religion Marks and the trade name True Religion Apparel, Inc.

5.      After November 1, 2009, the defendant, True Apparel, and any entity through which it does business, its officers, directors, shareholders, partners, agents, servants, employees, successors, assigns, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Order and Judgment by personal service or otherwise, are hereby permanently and finally enjoined from using the terms TRUE JEANS, TRUE APPAREL, any confusingly similar term, and, except as may be approved in advance by True Religion, any term that includes the words "true," "religion," or "apparel," to promote its goods and services and from infringing the trademarks of the plaintiff.  The defendant, True Apparel, is ordered and directed to use its best efforts to eliminate usage of the terms TRUE JEANS, TRUE APPAREL, and any confusingly similar term in the promotion of its goods and services.

6.      After November 1, 2009, the defendant, True Apparel, and any entity through which it does business, its officers, directors, shareholders, partners, agents, servants, employees, successors, assigns, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Order and Judgment by personal service or otherwise, are, except as may be approved in advance by True Religion, hereby permanently and finally enjoined from using the names True Apparel Company, True Jeans, and any confusingly similar name as a trade or corporate name for its company.  True Apparel is ordered and directed to use its best efforts to eliminate usage of the names True Apparel Company, True Jeans, and any confusingly similar name as a trade or corporate name for its company.

7. After November 1, 2009, the defendant, True Apparel, and any entity through which it does business, its officers, directors, shareholders, partners, agents, servants, employees, successors, assigns, and attorneys, and all persons in active concert or participation with them who receive actual notice of this Order and Judgment by personal service or otherwise, are, except as may be approved in advance by True Religion, hereby permanently and finally enjoined from using the domain name "truejeans.com" and any confusingly similar domain name including, but not limited to, any domain name that includes the terms "true," "jeans," "religion," or "apparel." The defendant, True Apparel, is ordered and directed to transfer ownership of the domain name "truejeans.com," and, except as may be approved in advance by True Religion, any domain name owned by the defendant that includes the term "true" to the plaintiffs.

8. This Order and Judgment on Consent replaces and supersedes all prior orders in this action.

9. The jurisdiction of this Court shall be retained to enforce this Order and Judgment on Consent.

10. The parties hereto hereby waive any appeal.

11. The parties shall each bear their own costs and attorney fees in connection with this action.

ENTERED this _____ day of _____, 2009, at Boston, Massachusetts.

BY THE COURT

_____
United States District Judge

-4-

| Agreed on behalf of the Plaintiff | Agreed on behalf of the Defendant |
|---|---|
| True Religion Apparel, Inc. and Guru Denim, Inc. | True Apparel Company |
|  /s/ Susan G. L. Glovsky | /s/ Robert S. Wolfe |
| Susan G. L. Glovsky (BBO# 195880) | Robert S. Wolfe (BBO# 532500) |
| Patrick A. Quinlan (BBO# 667183) | Robert Wolfe Associates, P.C. |
| Lindsay M. Hopkins (BBO# 671229) | 7 Kimball Lane, Building B |
| Hamilton, Brook, Smith & Reynolds, P.C. | Lynnfield, Ma. 01940 |
| 530 Virginia Road, P.O. Box 9133 | Telephone: (781) 246-4545 |
| Concord, Massachusetts 01742 | Fax: (781) 246-3999 |
| Telephone: (978) 341-0036 | rwassociates@prodigy.net |
| Fax: (978) 341-0136 | |
| susan.glovsky@hbsr.com | Attorneys for True Apparel Company |
| Attorneys for True Religion Apparel, Inc. and Guru Denim, Inc. | |

-5-

## Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on June 12, 2009.

                                              /s/ Susan G. L. Glovsky
                                              Susan G. L. Glovsky